UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Empress Casino Joliet Corporation, et al.
                                    Plaintiff,
v.                                  Case No.: 1:09–cv–03585
                                    Honorable Matthew F. Kennelly
Friends of Blagojevich, et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 9, 2014:

    MINUTE entry before the Honorable Matthew F. Kennelly: The Court proposes to enter judgment on the jury's verdict as described below. Any objections to the proposed form of the judgment are to be filed by the end of the day on 12/10/2014. The case is set for a status hearing on 12/11/2014 at 9:30 a.m. Plaintiffs should be prepared to address at that time how they propose to deal with defaulted defendant Friends of Blagojevich. The Court's proposed language for the judgment is as follows: Judgment is entered in favor of plaintiffs Empress Casino Joliet Corp., Des Plaines Development Limited Partnership, Hollywood Casino–Aurora, Inc., and Elgin Riverboat Resort–Riverboat Casino against defendants John Johnson, Balmoral Racing Club, Inc., and Maywood Park Trotting Association, Inc. on Counts 1, 2, and 3 of plaintiffs' amended complaint. Compensatory damages are awarded in favor of plaintiff Empress Casino Joliet Corp. against all defendants, jointly and severally, in the amount of $4,208,000, trebled under RICO to $12,624,000. Compensatory damages are awarded in favor of plaintiff Des Plaines Development Limited Partnership against all defendants, jointly and severally, in the amount of $7,267,000, trebled under RICO to $21,801,000. Compensatory damages are awarded in favor of plaintiff Hollywood Casino–Aurora, Inc. against all defendants, jointly and severally, in the amount of $5,786,000, trebled under RICO to $17,358,000. Compensatory damages are awarded in favor of plaintiff Elgin Riverboat Resort–Riverboat Casino against all defendants, jointly and severally, in the amount of $8,679,000, trebled under RICO to $26,037,000. Punitive damages are awarded in favor of Empress Casino Joliet Corp. against defendant John Johnston in the amount of $1,000,000. Punitive damages are awarded in favor of plaintiff Des Plaines Development Limited Partnership against defendant John Johnston in the amount of #036;1,000,000. Punitive damages are awarded in favor of plaintiff Hollywood Casino–Aurora, Inc. against defendant John Johnston in the amount of $1,000,000. Punitive damages are awarded in favor of plaintiff Elgin Riverboat Resort–Riverboat Casino defendant John Johnston in the amount of $1,000,000. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.