UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMPRESS CASINO JOLIET CORPORATION, an Illinois corporation, DES PLAINES DEVELOPMENT LIMITED PARTNERSHIP, an Illinois limited partnership, d/b/a Harrah's Casino Cruises Joliet, HOLLYWOOD CASINO-AURORA, INC., an Illinois corporation, and ELGIN RIVERBOAT RESORT-RIVERBOAT CASINO, an Illinois general partnership d/b/a GRAND VICTORIA CASINO, ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) | Case No. 1:09-cv-03585 |
| ) | Honorable Matthew F. Kennelly |
| vs. ) ) | |
| JOHN JOHNSTON, BALMORAL RACING CLUB, INC., MAYWOOD PARK TROTTING ASSOCIATION, INC., FRIENDS OF BLAGOJEVICH, ) ) ) ) ) | |
| Defendants. ) | |

**DEFENDANTS' DOCKETING STATEMENT**

Defendants-Appellants John Johnston, Balmoral Racing Club, Inc., and Maywood Park Trotting Association, Inc. (collectively, "Defendants"), hereby state the following as their docketing statement pursuant to Seventh Circuit Rule of Appellate Procedure 3(c)(1):

1. **District Court Jurisdiction**

The United States District Court for the Northern District of Illinois (the "District Court") had jurisdiction in this case pursuant to 28 U.S.C. § 1331 because the case raises a federal question. Specifically, Plaintiffs alleged in their Complaint that Defendants (among other parties originally named as defendants) violated the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1962(c).

### 2. Appellate Court Jurisdiction

This Court has jurisdiction to review the District Court's final judgment pursuant to 28 U.S.C. §§ 1291 and 1294. On December 11, 2014, following a six-day trial, this Court entered judgment in Plaintiffs' favor in the amount of $81,820,000, including punitive and treble damages. (Dkt. 338)

On January 8, 2015, Defendants timely filed their Renewed Motion for Judgment as a Matter of Law pursuant to Fed. R. Civ. P. 59(e). (Dkt. 341)

The District Court denied Defendants' Rule 59 motion on July 10. (Dkt. 367)

No parties or claims remain before the District Court.

On July 17, 2015, Defendants filed their Notice of Appeal. (Dkt. 368) Accordingly, this Court has jurisdiction to review the District Court's final judgment (including all prior interlocutory orders and this Court's denial of Defendants' Rule 59 motion) pursuant to 28 U.S.C. §§ 1291 and 1294.

### 3. Prior Appellate Proceedings

There were prior appellate proceedings in this case, under the same caption, in cases Nos. 09-3975, 10-1019, and 13-2972.

/s Jonathan W. Garlough
William J. McKenna, Jr.
Jonathan W. Garlough
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
312.832.4500 (t)
312.832.4700 (f)

*Attorneys for John Johnston, Balmoral Racing Club, Inc. and Maywood Park Trotting Association, Inc.*

4851-3705-2709.1

## **CERTIFICATE OF SERVICE**

    I, Jonathan W. Garlough, an attorney do hereby certify that on July 17, 2015, I electronically filed the foregoing Docketing Statement with the United States District Court for the Northern District of Illinois Clerk. Notice of this filing will be served on all counsel of record via CM/ECF.

                                                    /s/ Jonathan W. Garlough